■ ROBERT HERMAN, Respondent-Appellant, v DONALD WESGATE et al., Defendants, and JAMES HERBERT et al., Appellants, and JAMES HAUCK, Respondent. (Appeal No. 2.) — Order unanimously reversed and motion denied, with costs to plaintiff. Same memorandum as in *Herman v Wesgate* (Appeal No. 1) (94 AD2d 938). (Appeals from order of Supreme Court, Monroe County, Siracuse, J. — summary judgment.) Present — Dillon, P. J., Hancock, Jr., Callahan, Denman and Green, JJ.

■ COMMUNITY FINANCE CO., INC., Respondent, v JOHN R. MACDONALD, Appellant. — Order unanimously affirmed, with costs. Memorandum: There is no merit to appellant's contention, raised for the first time on appeal, that respondent's petition for a wage assignment to collect sums due on a loan to appellant should have been denied due to violations of subdivisions (a) and (b) of section 352 of the Banking Law. (Appeal from order of Supreme Court, Erie County, Gossel, J. — wage assignment.) Present — Dillon, P. J., Hancock, Jr., Callahan, Denman and Green, JJ.